PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
ACE VAN PATTEN (NV Bar #11731)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for Secured Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-2

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DENNIS B JONES,<br><br>Debtor(s). | Bankruptcy Case No. BK-S-10-22461-bam<br><br>Chapter 13<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-2'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS** |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN LLP, attorneys for Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-2, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other

1 notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the
2 above-referenced bankruptcy court.

3      PITE DUNCAN LLP, requests that for all notice purposes and for inclusion in the Master
4 Mailing List in this case, the following address be used:

> ACE VAN PATTEN, ESQ.
> PITE DUNCAN LLP
> 4375 Jutland Drive, Suite 200
> P.O. Box 17933
> San Diego, CA 92177-0933

8      Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,
9 proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of
10 the within party's:

11     a.    Right to have any and all final orders in any and all non-core matters entered only
12 after de novo review by a United States District Court Judge;

13     b.    Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant
14 proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in the
15 instant proceeding. This Request for Special Notice shall not operate as a confession and/or
16 concession of jurisdiction. Moreover, the within party does not authorize Pite Duncan, LLP, either
17 expressly or impliedly through Pite Duncan, LLP's participation in the instant proceeding, to act as
18 its agent for purposes of service under Fed. R. Bankr. P. 7004;

19     c.    Right to trial by jury in any proceeding as to any and all matters so triable herein,
20 whether or not the same be designated legal or private rights, or in any case, controversy or
21 proceeding related hereto, notwithstanding the designation or not of such matters as "core
22 proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to
23 statute or the United States Constitution;

24 /./././
25 /././
26 /././
27 /././
28 /././

1       d.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

      e.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: August 31, 2010         PITE DUNCAN, LLP

                                  /s/ Ace Van Patten
                                  4375 Jutland Drive, Suite 200
                                  P.O. Box 17933
                                  San Diego, CA 92177-0933
                                  (858) 750-7600
                                  NV Bar #11731
                                  Attorney for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS was served on August 31, 2010

Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

Dennis B Jones
8665 West Flamingo
Bldg #131 #417
Las Vegas, NV 89147

Rick A. Yarnall
701 Bridger Ave., #820
Las Vegas, NV 89101

U.S. Trustee
Department of Justice
300 Las Vegas Boulevard, So.
Suite 4300
Las Vegas, NV 89101

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 31, 2010, at San Diego, California.

/s/ Charles A. Vetter